In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, for an Order to Take Possession of the Property and Liquidate the Business of the GENERAL INDEMNITY CORPORATION OF AMERICA.

OWEN B. HUNT, Insurance Commissioner of the Commonwealth of Pennsylvania, as Liquidator of INDEPENDENCE INDEMNITY COMPANY, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of GENERAL INDEMNITY CORPORATION OF AMERICA, Respondent.

Argued February 23, 1939; decided April 4, 1939.

*Edward S. Finegan* for appellant.

*Irvin Waldman* and *Alfred C. Bennett* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.